IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
24 APR 19 AM 10:07

Civil Action No. _____
(To be supplied by the court)

Ocie L. Brown, III , Plaintiff

v.

Carmella Wallace ,

Universal Music Group ,

Interscope Records ,

Opus Music Group , Defendant(s).

**Jury Trial requested:**
(please check one)
_X_ Yes ___ No

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Ocie L. Brown, III - 12031 E. Harvard Ave #205, Aurora, CO 80014
(Name and complete mailing address)

720-255-8758  ocielbrowniii@gmail.com
(Telephone number and e-mail address)

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Carmella Wallace - 6679 Lee Court, Burr Ridge, IL 60527
(Name and complete mailing address)

708-802-3069
(Telephone number and e-mail address if known)

Defendant 2: Universal Music Group - 2220 Colorado Ave, Santa Monica, CA 96404
(Name and complete mailing address)

310-865-0770  communication@umusic.com
(Telephone number and e-mail address if known)

Defendant 3: Interscope Records - 2220 Colorado Ave, Santa Monica, CA 96404
(Name and complete mailing address)

310-865-5000  interscoperecords@omgstores.com
(Telephone number and e-mail address if known)

Defendant 4: Opus Music Group 7809 Ferry Ave Clinton, MD 20735
(Name and complete mailing address)

Unknown
(Telephone number and e-mail address if known)

2

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

__X__ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

___Criminal Copyright Infringement___
___17 U.S.C. 506(a); 17 U.S.C. 504 Remedies___
___For Infringement Damages and profit___

__X__ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of ___Colorado___.

If Defendant 1 is an individual, Defendant 1 is a citizen of ___Illinois___.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

__X__ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

Criminal Copyright Infringement 17 U.S.C. 506(a); 17 U.S.C. 504 Remedies For Infringement Damages and Profit

__X__ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of Colorado.

If Defendant 3 is an individual, Defendant 1 is a citizen of _____.

If Defendant 3 is a corporation,

Defendant 3 is incorporated under the laws of California (name of state or foreign nation).

Defendant 3 has its principal place of business in California (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

## C.   JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

__X__   Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

Criminal Copyright Infringement
17 U.S.C. 506(a); 17 U.S.C. 504 Remedies For Infringement Damages and Profit

__X__   Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of __Colorado__.

If Defendant 2 is an individual, Defendant 1 is a citizen of _____.

If Defendant 2 is a corporation,

Defendant 2 is incorporated under the laws of __California__ (name of state or foreign nation).

Defendant 2 has its principal place of business in __California__ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

## C.   JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

__X__  Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

Criminal Copyright Infringement 17 U.S.C. 506(a); 17 U.S.C. 504 Remedies For Infringement Damages and Profit

__X__  Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of Colorado.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 4 is a corporation,

Defendant 4 is incorporated under the laws of Maryland (name of state or foreign nation).

Defendant 4 has its principal place of business in Maryland (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: __Copyright Infringement__

Supporting facts:

The Plaintiff is alleging that the defendant (The Estate of Jarad Higgins) has published the Plaintiff's (Ocie Brown) copyrighted works without obtaining the Plaintiff's authorization, consent, or knowledge and has published, publicly displayed, sold, and exploited the Copyrighted Works. The estate of Jarad Higgins has published the copyrighted works and sold them on 4 album releases, e.g. - "Goodbye and Good Riddance"(2018) "Death Race For Love"(2019) "Legends Never Die"(2020) and "Fightings Demons"(2022) and recently sold their catalog with a collection of unreleased songs to Opus Music Group with the help from Interscope Records and Universal Music Group. Ocie Brown's copyrighted work was fixed in a tangible manner in 2015 through 2019 which the Plaintiff performed online and shared the Copyrighted Work with Jarod Higgins, producers and associates close to Jarad Higgins. The Plaintiff's work is identical to the Defendant's Infringing Work where multiple elements of the original works such as identical phrases, common theme, names and dialogue were taken to create the Defendant's infringing Work that consist of melodies, choruses and verses throughout the Infringing Works.

4

### E.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

The Plaintiff is requesting relief of monetary value. The Plaintiff is seeking a judgment of actual damages be awarded in the amount of the copyright owner's losses plus any profits suffered as a result of the infringing activity. The Plaintiff is also seeking writers' credit for the works that were infringed upon and ask that no other songs presumed to be Ocie Brown's not to be released without Ocie Brown's permission.

### F.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

4/19/24
_____
(Date)

(Revised February 2022)

5